UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **3rd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Raul E Vallejo**   JOINT DEBTOR: _____   CASE NO.: **10-32868**
Last Four Digits of SS# **xxx-xx-0763**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **554.21** for months **1** to **36** ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,000.00**   TOTAL PAID $ **2,000.00**
Balance Due $ **1,000.00** payable $ **27.78** /month (Months **1** to **36** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Coastal States Mortgage Corp.   Arrearage on Petition Date $ _____
Address: 600 Corporate Drive, Suite 620 Ft. Lauderdale, Fl 33334-3639
Account No: 88753   Arrears Payment $ _____ /month (Months __ to __)
Regular Payment $ **470.00** /month (Months **1** to **36**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Manhattan Mortgage Att: Research Dept G-7-PP 3415 Vision Drive Columbus, OH 43219 Account No: xxxxx05845 | Primary residence 7040 SW 24 Street, #305 Miami, Fl 33155-1679 Legal Description; Futura Galbes Condo #4 Unit 305 Undiv.01231252% int in common elements off rec 12825-191 or 20416.08 12 20887-3304 0502 1 $ 46,000.00 | 0% | $ 0.00 | 1 To 36 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **0.44** /month (Months **36** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

Other Provisions Not Included Above:

**Special Intentions:**
**State Farm Bank: Debtor is surrendering the Property to Creditor.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
**Raul E Vallejo**
Debtor

Date: December 13, 2010